6-23-05

Dear Clerk,

FILED
IN CLERK'S OFFICE
2005 JUN 30 A 11:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

Please be advised that I am the Petitioner in case no: 98-30026-FHF I am respectfully requesting that this document be accepted as a motion pursuant to 28 U.S.C. § 2255 [6] 3 due a new right initially recognized by the U.S Supreme Court. I am writing this, because there are no available forms, and I have only until 24 June 2005 to make a Blakely v. Washington, claim.

Respectfully,

23 June 2005

Edgardo Rodriguez
Edgardo Rodriguez

ALLOWED. The clerk will send the petitioner the proper form or forms. So ordered.
Michael A. Ponsor USDJ
7-6-05