UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


EDGARDO RODRIGUEZ

      V.                          CA NO:    05-30159-MAP

UNITED STATES OF AMERICA

<u>ORDER</u>

JANUARY 9, 2006

On June 30, 2005 a complaint was filed in the above captioned case. On July 5, 2005 the Petitioner was sent blank cover and category sheets and two 2255 motion to vacate sentence pursuant to 28:2255. The forms were forwarded to petitioner, however, to this date completed forms have not been filed with the court. Therefore, petition shall file a written report as the status of the case and whether the case will be pursued on or before February 28, 2006.

Failure to comply with this order shall result in the dismissal of this case for lack of prosecution.


                                            MICHAEL A. PONSOR
                                            U.S. DISTRICT JUDGE


                                            /s/Elizabeth A. French
                BY   _____
                                            Elizabeth A. French
                                            Deputy Clerk