```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

EDGARDO RODRIGUEZ,              )
 Petitioner                    )
                               )
    v.                         )      C.A. No. 05-30159-MAP
                               )
UNITED STATES OF AMERICA        )
 Respondent                    )

ORDER OF DISMISSAL

March 1, 2006

PONSOR, D.J.

    On January 9, 2006, the court issued an order requiring Petitioner to file a written report regarding the status of the case and whether the case would be pursued on or before February 28, 2006. The order admonished Petitioner that "[f]ailure to comply with this order shall result in the dismissal of this case for lack of prosecution." No status report having been filed, this case is hereby ordered DISMISSED. The file may now be closed.

    It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge